642 A.2d 1003

WOMEN'S CHOICE OF BERGEN COUNTY,
ETC. v. JOHN DOE, ET AL.

April 7, 1994.

Certification is granted, and the matter is summarily remanded to the Chancery Division for reconsideration in light of *Horizon Health Center v. Felicissimo*, 135 *N.J.* 126, 638 *A.*2d 1260 (1994).